UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09cr26 FL(4)

FILED IN OPEN COURT
ON 2-25-09

Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| KODY RAY BRITTINGHAM | ) | |

The Grand Jury charges:

In or about November, 2008, the exact date being unknown to the Grand Jury, in the Eastern District of North Carolina, the defendant, KODY RAY BRITTINGHAM, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President-elect of the United States.

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL



GEORGE E. B. HOLDING
United States Attorney

BY: ERIC EVENSON
Assistant United States Attorney