*Clerk*



U. S. Department of Justice

*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

**M E M O R A N D U M**

DATE:      25 February 2009

REPLY TO:  GEORGE E. B. HOLDING, United States Attorney
ATTN OF:   ERIC EVENSON
           Assistant United States Attorney

SUBJECT:   United States v. KODY RAY BRITTINGHAM

           No. 7:09cr26 FL(4) - Southern Division

TO:        Clerk of Court
           United States District Court
           Eastern District of North Carolina
           Raleigh, North Carolina

           Chief, Probation
           United States Probation Office
           Raleigh, North Carolina

    Please issue a warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

    Detention is recommended. The warrant should be returned before a U.S. Magistrate Judge.

LAST KNOWN ADDRESSES:

Inmate at the Onslow County Jail

POC: Special Agent Kelly Houston, U.S. Secret Service (910) 313-3043